```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-13-22
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
UNITED STATES OF AMERICA            :
                                    :
     -against-                      :     No. 01 Cr. 302 (JFK)
                                    :     No. 10 Civ. 5131 (JFK)
                                    :
EDDY SEVERINO,                      :     **ORDER**
                                    :
                        Defendant.  :
------------------------------------X

**JOHN F. KEENAN, United States District Judge:**

On September 23, 2019, Defendant-Petitioner Eddy Severino ("Severino") filed a motion for reconsideration, (ECF No. 192), of the Court's October 12, 2018, Opinion and Order denying his motion to correct his sentence pursuant to 28 U.S.C. § 2255, (ECF No. 188). The Government is directed to file a response to Severino's motion for reconsideration by no later than August 2, 2022. Absent further order, the motion will be considered fully submitted as of that date.

**SO ORDERED.**

Dated: New York, New York
       July 13 2022

                                    _____
                                          John F. Keenan
                                     United States District Judge

I mailed a copy of this order to Mr. Severino on 7-13-22.

X William Ryan
_____
Courtroom Deputy